# UNITED STATES BANKRUPTCY COURT
# WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE:<br>ROBERT J. KORFF, II | Case No. 18-23722CMB |
| Debtor(s)<br>RONDA J. WINNECOUR,<br>Standing Chapter 13 Trustee,<br>Movant | Chapter 13 |
| vs.<br>LSF9 MASTER PARTICIPATION TRUST<br>Respondents | Document No __ |

## NOTICE OF FUNDS ON RESERVE

The Movant, RONDA J. WINNECOUR, Standing Ch.13 Trustee, has received notice that an alleged change has occurred in the identity of the recipient of the MORTGAGE REGULAR PAYMENT to be issued in this case and relating to Debtor's account number 8162.

Regular mortgage payments are currently being directed to the following creditor at the following address:

LSF9 MASTER PARTICIPATION TRUST
C/O CALIBER HOME LOANS INC - SVCR
PO BOX 24330
OKLAHOMA CITY, OK 73124

Movant has been requested to send payments to:
SELECT PORTFOLIO SERVICING
P.O. BOX 65250
SALT LAKE CITY, UT 84165-0250

The Chapter 13 Trustee's CID Records of LSF9 MASTER PARTICIPATION TRUST have been placed on reserve in accordance with W.PA. LBR 3002-3(f). No further payment will be issued on this debt until a proof of assignment/notice of transfer of the bankruptcy claim, required by Fed.R.Bankr.P.3001(e), is filed with the Clerk of the Bankruptcy Court and served on the Trustee. [Refer to www.ecf.pawb.uscourts.gov under Forms and National Forms.] At some future point, the Trustee may seek leave to deposit the funds into Court.

The Undersigned certifies that the Parties required to be served with this "Notice of Funds on Reserve" pursuant to W.PA.LBR 3002-3(g) were served on 2/3/2020.

cc: Debtor
Original creditor
Putative creditor
Debtor's Counsel

/s/ Ronda J. Winnecour
RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA 15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

DEBTOR(S):
ROBERT J. KORFF, II, 118 GILMORE DRIVE, PITTSBURGH, PA  15235

:
CALIBER HOME LOANS INC, 13801 WIRELESS WAY, OKLAHOMA CITY, OK  73134

ORIGINAL CREDITOR'S COUNSEL:
RAS CRANE LLC, 10700 ABOTT'S BRIDGE RD STE 170, DULUTH, GA 30097

NEW CREDITOR:
SELECT PORTFOLIO SERVICING
P.O. BOX 65250
SALT LAKE CITY, UT 84165-0250

DEBTOR'S COUNSEL:
AMY L ZEMA ESQ, 2366 GOLDEN MILE HWY #155, PITTSBURGH, PA 15239-2710

ORIGINAL CREDITOR:
LSF9 MASTER PARTICIPATION TRUST, C/O CALIBER HOME LOANS INC - SVCR, PO BOX 24330, OKLAHOMA CITY, OK  73124