IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In Re: | : | Bankruptcy No. 18-23722-CMB |
| ROBERT J. KORFF, II, | : | Chapter 13 |
| Debtor. | : | |
| | : | |
| | : | Document No. |
| ROBERT J. KORFF, II, | : | |
| Movant, | : | |
| | : | |
| v. | : | |
| | : | |
| | : | |
| No Respondent. | : | |

**NOTICE OF CHANGE OF ADDRESS**

Former Address:

    Debtor's Name: ROBERT J. KORFF, II

    Former Address: 118 Gillmore Drive, Pittsburgh, PA 15235

New Address:

    Debtor's Name: ROBERT J. KORFF, II

    New Address: 118 Watson Dr., Apt. A, Turtle Creek, PA 15145

Dated: February 4, 2021    /s/ Amy L. Zema
    Amy L. Zema, Esquire
    Attorney for Debtors
    PA ID: 74701
    2366 Golden Mile Hwy., #155
    Pittsburgh, PA 15239
    (412) 744-4450 Telephone
    amy@zemalawoffice.com