**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE: Robert J. Korff II<br>　　　　　　　Debtor(s)<br><br>CSMC 2020-RPL2 Trust, its successors and/or assigns<br>　　　　　　　Movant<br>　vs.<br><br>Robert J. Korff II<br>　　　　　　　Debtor(s)<br><br>Ronda J. Winnecour<br>　　　　　　　Trustee | CHAPTER 13<br><br><br><br><br><br>NO. 18-23722 CMB<br><br><br><br>11 U.S.C. Section 362 |

**ORDER OF COURT**

And on this ___17th___ day of ___August___, 2021, it is hereby ORDERED that the Notice of Mortgage Payment Change of CSMC 2020-RPL2 Trust, which was filed with the Court on or about June 23, 2021, is hereby WITHDRAWN.

FILED
8/17/21 1:27 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

By the Court,

_Carlota M. Böhm_
dmk

United States Bankruptcy Court

Western District of Pennsylvania

In re:  
Robert J. Korff, II  
    Debtor

Case No. 18-23722-CMB  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0315-2      User: dsaw      Page 1 of 2  
Date Rcvd: Aug 17, 2021      Form ID: pdf900      Total Noticed: 1

The following symbols are used throughout this certificate:  
**Symbol**      **Definition**

+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 19, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Robert J. Korff, II, 118 Watson Dr., Apt. A, Turtle Creek, PA 15145-3037 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 19, 2021      Signature:      /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 17, 2021 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Amy L. Zema | on behalf of Debtor Robert J. Korff II amy@zemalawoffice.com |
| Brian Nicholas | on behalf of Creditor U.S. Bank Trust National Association as Trustee for GIFM Holdings Trust bnicholas@kmllawgroup.com |
| Keri P. Ebeck | on behalf of Creditor Duquesne Light Company kebeck@bernsteinlaw.com  jbluemle@bernsteinlaw.com |
| Maria Miksich | on behalf of Creditor CSMC 2020-RPL2 Trust mmiksich@kmllawgroup.com |
| Office of the United States Trustee | ustpregion03.pi.ecf@usdoj.gov |
| Ronda J. Winnecour | cmecf@chapter13trusteewdpa.com |

District/off: 0315-2 User: dsaw Page 2 of 2
Date Rcvd: Aug 17, 2021 Form ID: pdf900 Total Noticed: 1

Thomas Song
                            on behalf of Creditor LSF9 MASTER PARTICIPATION TRUST pawb@fedphe.com

TOTAL: 7