UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE:<br>  ROBERT J. KORFF, II | Case No.18-23722CMB |
| Debtor(s)<br>Ronda J. Winnecour, Trustee<br>  Movant<br>  vs.<br>ROBERT J. KORFF, II | Chapter 13<br><br>Document No._____ |
| Respondents | |

### ORDER TO STOP PAYROLL DEDUCTIONS

AND NOW, this ___17th___ day of __August__, 2023, it is hereby ORDERED, ADJUDGED, and DECREED that,

Disability Income

, 00000

is hereby ordered to immediately terminate the attachment of the wages of ROBERT J. KORFF, II, social security number XXX-XX-1779.  No future payments are to be sent to Ronda J. Winnecour, Trustee on behalf of ROBERT J. KORFF, II.

BY THE COURT:

_Carlota M. Böhm_    dmk

UNITED STATES BANKRUPTCY JUDGE

cc: Debtor(s)
    Debtor(s) Attorney

FILED
8/17/23 10:05 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

United States Bankruptcy Court

Western District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 18-23722-CMB |
| Robert J. Korff, II | Chapter 13 |
|     Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0315-2 | User: auto | Page 1 of 2 |
| Date Rcvd: Aug 17, 2023 | Form ID: pdf900 | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 19, 2023:**

**Recip ID            Recipient Name and Address**
db            + Robert J. Korff, II, 118 Watson Dr., Apt. A, Turtle Creek, PA 15145-3037

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 19, 2023            Signature:            /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 17, 2023 at the address(es) listed below:

**Name                Email Address**

Amy L. Zema
    on behalf of Debtor Robert J. Korff II amy@zemalawoffice.com

Brian Nicholas
    on behalf of Creditor U.S. Bank Trust National Association as Trustee for GIFM Holdings Trust bnicholas@kmllawgroup.com

Brian Nicholas
    on behalf of Creditor CSMC 2020-RPL2 Trust bnicholas@kmllawgroup.com

Keri P. Ebeck
    on behalf of Creditor Duquesne Light Company kebeck@bernsteinlaw.com
    jbluemle@bernsteinlaw.com;kebeck@ecf.courtdrive.com

Maria Miksich
    on behalf of Creditor CSMC 2020-RPL2 Trust mmiksich@kmllawgroup.com

Office of the United States Trustee

| | | |
|---|---|---|
| District/off: 0315-2 | User: auto | Page 2 of 2 |
| Date Rcvd: Aug 17, 2023 | Form ID: pdf900 | Total Noticed: 1 |

ustpregion03.pi.ecf@usdoj.gov

Rebecca Solarz
    on behalf of Creditor CSMC 2020-RPL2 Trust bkgroup@kmllawgroup.com

Ronda J. Winnecour
    cmecf@chapter13trusteewdpa.com

Thomas Song
    on behalf of Creditor LSF9 MASTER PARTICIPATION TRUST pawb@fedphe.com

TOTAL: 9