Certificate Number: 12433-PAW-DE-037807739

Bankruptcy Case Number: 18-23722



12433-PAW-DE-037807739

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on September 29, 2023, at 1:26 o'clock PM EDT, Robert J. Korff, II completed a course on personal financial management given by internet by Solid Start Financial Education Services, LLC, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the Western District of Pennsylvania.

Date:   September 29, 2023                By:    /s/Lisa Susoev

                                          Name:  Lisa Susoev

                                          Title: Teacher