**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

| IN RE: | |
|---|---|
| ROBERT J. KORFF, II | Case No.:18-23722 CMB |
| Debtor(s) | |
| Ronda J. Winnecour  Movant | Document No.: |
| vs. | |
| No Repondents. | |

### TRUSTEE'S AMENDED REPORT OF RECEIPTS AND DISBURSEMENTS

Ronda J. Winnecour, Trustee for the above case, submits the following final report and account of the administration of the estate pursuant to 11 USC 1302 (b) (1).

1. The case was filed on 09/20/2018 and confirmed on 11/01/2018. The case was subsequently (K)COMPLETED FUNDS TO DEBTOR

2. The Trustee made the following disbursements.

| | | |
|---|---:|---:|
| Total Receipts | | 53,244.00 |
| Less Refunds to Debtor | 1,544.64 | |
| TOTAL AMOUNT OF PLAN FUND | | 51,699.36 |
| Administrative Fees | | |
|     Filing Fee | 0.00 | |
|     Notice Fee | 0.00 | |
|     Attorney Fee | 4,650.00 | |
|     Trustee Fee | 2,571.27 | |
|     Court Ordered Automotive Insurance | 0.00 | |
| TOTAL ADMINISTRATIVE FEES | | 7,221.27 |

| Creditor Type   Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---:|---:|---:|---:|
| **Secured** | | | | |
|   US BANK TRUST NA - TRUSTEE ET AL  Acct: 3942 | 0.00 | 0.00 | 0.00 | 0.00 |
|   US BANK TRUST NA - TRUSTEE ET AL  Acct: 3942 | 5,908.20 | 5,908.20 | 0.00 | 5,908.20 |
|   US BANK TRUST NA - TRUSTEE ET AL  Acct: 3942 | 14,436.10 | 14,436.10 | 0.00 | 14,436.10 |
|   US BANK TRUST NA - TRUSTEE ET AL  Acct: 3942 | 0.00 | 0.00 | 0.00 | 0.00 |
|   AMERICREDIT FINANCIAL SVCS INC DBA  Acct: 6609 | 16,521.28 | 16,521.28 | 1,756.52 | 18,277.80 |
|   AMERICREDIT FINANCIAL SVCS INC DBA  Acct: 6609 | 0.00 | 0.00 | 0.00 | 0.00 |
| | | | | 38,622.10 |
| **Priority** | | | | |
|   AMY L ZEMA ESQ  Acct: | 0.00 | 0.00 | 0.00 | 0.00 |
|   ROBERT J. KORFF, II  Acct: | 0.00 | 0.00 | 0.00 | 0.00 |

| Creditor Type   Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---:|---:|---:|---:|
| **Priority** | | | | |
| ROBERT J. KORFF, II | 1,049.64 | 1,049.64 | 0.00 | 0.00 |
| Acct: | | | | |
| ROBERT J. KORFF, II | 495.00 | 495.00 | 0.00 | 0.00 |
| Acct: | | | | |
| AMY L ZEMA ESQ | 3,650.00 | 3,650.00 | 0.00 | 0.00 |
| Acct: | | | | |
| AMY L ZEMA ESQ | 1,000.00 | 1,000.00 | 0.00 | 0.00 |
| Acct: | | | | |
| CLERK, U S BANKRUPTCY COURT | 310.00 | 310.00 | 0.00 | 310.00 |
| Acct: XXXXXXX2CMB | | | | |
| | | | | 310.00 |
| **Unsecured** | | | | |
| UPMC PHYSICIAN SERVICES | 1,102.79 | 1,102.79 | 0.00 | 1,102.79 |
| Acct: 1779 | | | | |
| UPMC HEALTH SERVICES | 3,992.53 | 3,992.53 | 0.00 | 3,992.53 |
| Acct: 1779 | | | | |
| UPMC HEALTH SERVICES | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 1779 | | | | |
| DUQUESNE LIGHT COMPANY(*) | 450.67 | 450.67 | 0.00 | 450.67 |
| Acct: 2386 | | | | |
| KERI P EBECK ESQ | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| PHELAN HALLINAN DIAMOND & JONES LL | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| AIS PORTFOLIO SERVICES (AMERICAN IN | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| KML LAW GROUP PC* | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| | | | | 5,545.99 |

| | | |
|---|---|---:|
| **TOTAL PAID TO CREDITORS** | | 44,478.09 |

TOTAL CLAIMED
PRIORITY              310.00
SECURED            36,865.58
UNSECURED           5.545.99

Date: 11/08/2023

/s/ Ronda J. Winnecour

RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com