IN THE UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF PENNSYLVANIA

IN RE:
ROBERT J. KORFF, II

    Debtor(s)

Ronda J. Winnecour
    Movant
vs.
No Repondents.

Case No.: 18-23722

Chapter 13

Document No.: 95

## ORDER OF COURT

AND NOW, this __16th__ day of __November__, 20__, upon consideration of the **Chapter 13 Trustee's Motion for Completion of Case and Approval of Trustee's Report of Receipts and Disursements (No Discharge)**, and following notice to the creditors and an opportunity to be heard, it is hereby **ORDERED, ADJUDGED and DECREED**, as follows:

(1). This Court finds that the Chapter 13 plan, as supplemented by any and all amendments, has been fully and finally completed.

(2). The debtor(s) shall not receive a discharge in this case, due to the debtor(s)' receipt of a prior discharge within the statutory time period prior to the commencement of this case.

(3). To the extent not previously terminated, the wage attachment(s) issued in this case is/are immediately terminated and the debtor(s) shall serve a copy of this order on any affected employer(s).

(4). Property of the estate hereby revests in the debtor(s). This revestment of property is free and clear of any and all claims or interests except as otherwise treated in the plan or in the Order confirming the Plan. All restrictions of the debtor(s)' use of the property of the estate is hereby terminated.

(5). Each and every creditor is bound by the provisions of the completed plan, whether or not the claim of such creditor is provided for in the Plan, and whether or not such creditor has objected to, has accepted or rejected the plan. All mortgage and other secured debts provided for by the Plan are hereby found to be cured of any and all monetary defaults as of the payment date for which the Trustee last made a distribution, and no additional interest, late fees or penalties may be assessed for time periods or payments due prior to that date.

(6). After all distribution checks have been negotiated or funds deposited into the Court's registry, the Trustee shall file UST Form 13-FR-S: Chapter 13 Standing Trustee's Final Report and Account (the "Final Report"). Upon submission of the Final Report, the Trustee is discharged from her duties in this case and the case will be closed.

BY THE COURT:

_/s/ Carlota M. Böhm_
U.S. BANKRUPTCY JUDGE

dmk

FILED
11/16/23 9:50 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

United States Bankruptcy Court

Western District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 18-23722-CMB |
| Robert J. Korff, II | Chapter 13 |
| Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0315-2 | User: auto | Page 1 of 2 |
| Date Rcvd: Nov 16, 2023 | Form ID: pdf900 | Total Noticed: 13 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ++ | Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4). |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 18, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Robert J. Korff, II, 118 Watson Dr., Apt. A, Turtle Creek, PA 15145-3037 |
| 14918500 | + | Phelan Hallinan Diamond & Jones, 1617 JFK Blvd., Suite 1400, Philadelphia, PA 19103-1814 |

TOTAL: 2

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | Email/Text: GMFINANCIAL@EBN.PHINSOLUTIONS.COM | Nov 17 2023 00:11:00 | Americredit Financial Services, Inc. Dba GM Financ, P.O Box 183853, Arlington, TX 76096-3853 |
| cr | + | Email/PDF: acg.acg.ebn@aisinfo.com | Nov 17 2023 00:24:31 | Capital One Auto Finance, a division of Capital On, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| cr | + | Email/Text: BKSPSElectronicCourtNotifications@spservicing.com | Nov 17 2023 00:12:00 | SELECT PORTFOLIO SERVICING, INC, PO Box 65250, Salt Lake City, UT 84165-0250 |
| cr | + | Email/Text: BNCnotices@dcmservices.com | Nov 17 2023 00:11:00 | UPMC Health Services, c/o DCM Services/Bankruptcy, PO Box 1123, Minneapolis, MN 55440-1123 |
| 14936468 | | Email/Text: GMFINANCIAL@EBN.PHINSOLUTIONS.COM | Nov 17 2023 00:11:00 | Americredit Financial Services, Inc., dba GM Financial, PO Box 183853, Arlington, TX 76096 |
| 14952090 | + | Email/Text: kburkley@bernsteinlaw.com | Nov 17 2023 00:12:00 | Duquesne Light Company, c/o Bernstein-Burkley, P.C., 707 Grant St., Suite 2200, Gulf Tower, Pittsburgh, PA 15219-1945 |
| 14918498 | + | Email/Text: GMFINANCIAL@EBN.PHINSOLUTIONS.COM | Nov 17 2023 00:11:00 | GM Financial, PO Box 181145, Arlington, TX 76096-1145 |
| 14918499 | + | Email/Text: ECMBKMail@Caliberhomeloans.com | Nov 17 2023 00:12:00 | LSF9 Master Participation Trust, 13801 Wireless Way, Oklahoma City, OK 73134-2500 |
| 15204709 | + | Email/Text: BKSPSElectronicCourtNotifications@spservicing.com | Nov 17 2023 00:12:00 | U.S. Bank Trust National Association as Trustee f, Serviced by Select Portfolio Servicing,, PO Box 65250, Salt Lake City, UT 84165-0250 |
| 14944275 | | Email/Text: BNCnotices@dcmservices.com | Nov 17 2023 00:11:00 | UPMC Health Services, PO Box 1123, Minneapolis, MN 55440-1123 |
| 14944030 | | Email/Text: BNCnotices@dcmservices.com | Nov 17 2023 00:11:00 | UPMC Physician Services, PO Box 1123, Minneapolis, MN 55440-1123 |

TOTAL: 11

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| District/off: 0315-2 | User: auto | Page 2 of 2 |
|---|---|---|
| Date Rcvd: Nov 16, 2023 | Form ID: pdf900 | Total Noticed: 13 |

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | CSMC 2020-RPL2 Trust |
| cr | | LSF9 MASTER PARTICIPATION TRUST |
| cr | | U.S. Bank Trust National Association as Trustee fo |
| cr | *+ | Duquesne Light Company, c/o Bernstein-Burkley, P.C., 707 Grant Street, Suite 2200, Gulf Tower, Pittsburgh, PA 15219-1945 |
| 14949565 | *P++ | AMERICREDIT FINANCIAL SERVICES DBA GM FINANCIAL, PO BOX 183853, ARLINGTON TX 76096-3853, address filed with court:, Americredit Financial Services, Inc., Dba GM Financial, P.O Box 183853, Arlington, TX 76096 |

TOTAL: 3 Undeliverable, 2 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 18, 2023         Signature:    /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 16, 2023 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Amy L. Zema | on behalf of Debtor Robert J. Korff II amy@zemalawoffice.com |
| Brian Nicholas | on behalf of Creditor U.S. Bank Trust National Association as Trustee for GIFM Holdings Trust bnicholas@kmllawgroup.com |
| Brian Nicholas | on behalf of Creditor CSMC 2020-RPL2 Trust bnicholas@kmllawgroup.com |
| Keri P. Ebeck | on behalf of Creditor Duquesne Light Company kebeck@bernsteinlaw.com btemple@bernsteinlaw.com;jdryer@bernsteinlaw.com;kebeck@ecf.courtdrive.com |
| Maria Miksich | on behalf of Creditor CSMC 2020-RPL2 Trust mmiksich@kmllawgroup.com |
| Office of the United States Trustee | ustpregion03.pi.ecf@usdoj.gov |
| Rebecca Solarz | on behalf of Creditor CSMC 2020-RPL2 Trust bkgroup@kmllawgroup.com |
| Ronda J. Winnecour | cmecf@chapter13trusteewdpa.com |
| Thomas Song | on behalf of Creditor LSF9 MASTER PARTICIPATION TRUST pawb@fedphe.com |

TOTAL: 9